**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

MICHAEL J. COTRISS,

Plaintiff,

vs.

KILOLO KIJAKAZI, Acting Commissioner of Social Security,

Defendant

Case No.: 5:21-cv-01148-MAA

{PROPOSED} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $3,200.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: March 22, 2022

THE HONORABLE MARIA A. AUDERO
UNITED STATES MAGISTRATE JUDGE

DATE: March 21, 2022

Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING INC., CPC

/s/ *Brian C. Shapiro*

BY: ______________________
Brian C. Shapiro
Attorney for plaintiff Mr. Michael J. Cotriss